[No. 20225-9-III.   Division Three.   November 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID DALE
THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for
Okanogan County, No. 00-1-00323-2, Jack Burchard, J.,
entered May 25, 2001. *Reversed* by unpublished opinion per
Schultheis, J., concurred in by Brown, C.J., and Kato, J.

[No. 20633-5-III.   Division Three.   November 7, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK JAMES
ICARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 01-1-02146-1, Robert D. Austin, J., en-
tered October 31, 2001. *Affirmed* by unpublished opinion
per Kato, A.C.J., concurred in by Sweeney and Kurtz, JJ.

[No. 20816-8-III.   Division Three.   November 7, 2002.]

JERRY NUNN, *Appellant*, v. THE DEPARTMENT OF LABOR AND
INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 99-2-00160-0, John E. Bridges, J., entered
January 11, 2002. *Affirmed* by unpublished opinion per
Kurtz, J., concurred in by Brown, C.J., and Schultheis, J.

[No. 20865-6-III.   Division Three.   November 7, 2002.]

*In the Matter of the Estate of* LELA AUSTIN.

MELINDA B. WILDE, *as Personal Representative, Appellant*,
v. EDMOND G. ALEXANDER, *as Personal Representative,
Respondent*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 82-4-00400-2, Lani-Kai Swanhart, J. Pro Tem.,
entered January 10, 2002. *Affirmed* by unpublished opinion
per Kato, A.C.J., concurred in by Sweeney and Schultheis,
JJ.